Francis Clifford, Respondent, v. Henry Sadlowski et al., Appellants.— Appeal by defendants from a judgment obtained in a negligence action. The defendants are the driver of the truck and his employer. Plaintiff was proceeding westerly on the highway route 7; the truck which was in collision with plaintiff's automobile was one of a line being moved to Schenectady. The evidence will sustain the finding that it was being driven on the northerly half of the two-lane highway. This was the lane which plaintiff might legally use. The judgment should be affirmed. Judgment affirmed, with costs. All concur.

## (November 20, 1944.)

In the Matter of the Application of Nathaniel L. Goldstein, Attorney-General of the State of New York, Petitioner, against Edward S. Kampf, as Justice of the Police Court of the City of Albany, N. Y., Respondent, in a proceeding to vacate a certain subpœna duces tecum.— Motion to vacate and quash a subpœna duces tecum issued by respondent. Motion denied and stay vacated. All concur.